1   Jan Gabrielson Tansil, Esq. (SB# 123950)
    Lisa Ann Hilario, Esq. (SB# 148460)
2   SPAULDING McCULLOUGH & TANSIL LLP
    90 South E Street, Suite 200
3   P.O. Box 1867
    Santa Rosa, CA  95402
4   Telephone: (707) 524-1900 / Facsimile: (707) 524-1906
    tansil@smlaw.com; hilario@smlaw.com
5
    Attorneys for Plaintiff NANCY O'TOOLE
6

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10  NANCY O'TOOLE,                          | Case No.:  C 09-533 SBA

11          Plaintiff,

12      vs.                                 | NOTICE AND ORDER OF DISMISSAL OF
                                            | COMPLAINT AGAINST DEFENDANT
13  ASTRA ZENECA, an unknown business entity, | KEVIN GERRITY ONLY
    KEVIN GERRITY, an individual, and DOES 1
14  through 20, inclusive,

15          Defendants.

16
         Plaintiff NANCY O'TOOLE, through her designated counsel of record, hereby dismisses her
17
    Complaint against defendant Kevin Gerrity only, in its entirety with prejudice pursuant to FRCP 41.
18
    DATED:  March 3, 2009              SPAULDING McCULLOUGH & TANSIL LLP
19

20
                                       By:  _____/s/_____
21                                          Jan Gabrielson Tansil
                                            Attorneys for Plaintiff
22                                          NANCY O'TOOLE

23
    IT IS SO ORDERED.
24
         The Complaint against defendant Kevin Gerrity only, is dismissed with prejudice.
25

26  DATED:  3/6/09               _____
                                 HON. SAUNDRA B. ARMSTRONG
27                               U.S. DISTRICT COURT JUDGE

28  *Filer's Attestation: Jan Gabrielson Tansil hereby attests that she has in her file her holograph
    signature for her signature indicated by a "conformed" signature /s/ within this e-filed document.*

NOTICE AND ORDER OF DISMISSAL OF COMPLAINT          1                          C 09-533 SB
AGAINST DEFENDANT KEVIN GERRITY