1  Jan Gabrielson Tansil, Esq. (SB# 123950)
   Lisa Ann Hilario, Esq. (SB# 148460)
2  SPAULDING McCULLOUGH & TANSIL LLP
   90 South E Street, Suite 200
3  P.O. Box 1867
   Santa Rosa, CA  95402
4  Telephone: (707) 524-1900 / Facsimile: (707) 524-1906
   tansil@smlaw.com; hilario@smlaw.com
5
   Attorneys for Plaintiff NANCY O'TOOLE
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  NANCY O'TOOLE, | Case No.:  C 09-533 SBA |
| 12          Plaintiff, | |
| 13       vs. | STIPULATION AND ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND DISCLOSURE DEADLINES |
| 14  ASTRA ZENECA, an unknown business entity, KEVIN GERRITY, an individual, and DOES 1 through 20, inclusive, | |
| 15 | |
| 16          Defendants. | |

17

18       WHEREAS, a Case Management Conference in the above-captioned matter is currently set

19  for May 13, 2009, at 2:45 p.m. before this Court;

20       WHEREAS, counsel for Plaintiff and Defendant have agreed to mediate this case through the

21  Court's ADR program and are awaiting contact from the ADR Program Administrator to schedule the

22  mediation;

23       WHEREAS, the parties have jointly agreed and stipulated to respectfully request that this

24  Court continue the Case Management Conference and all disclosure deadlines for a period of 90

25  days;

26       WHEREAS, this request is not being made for the purposes of delay, or any other improper

27  purpose; instead, this request is being made to allow the parties to participate in a mediation to

28  facilitate an early resolution of this matter;

1

1  WHEREAS, continuing disclosure deadlines and the Case Management Conference for a
2  period of 90 days will not prejudice either party or their counsel and will promote judicial economy;
3  WHEREAS, the parties agree that the following constitutes good cause to continue the initial
4  Case Management Conference, including the deadlines for initial disclosures, meet and confer
5  regarding initial disclosure, filing of a Rule 26(f) report and filing of the Joint Case Management
6  Statement;
7  NOW, THEREFORE, IT IS HEREBY STIPULATED and agreed by Plaintiff and Defendant,
8  though their respective attorneys of record, that the Case Management Conference currently set for
9  May 13, 2009 at 2:45 p.m., be continued to August 19, 2009, or to a date and time that the Court may
10  deem appropriate.  The parties further stipulate to extend the following deadlines accordingly: (1) last
11  day to complete initial disclosures, state objections, file Joint Case Management Statement and
12  file/serve Rule 26(f) Report will be August 12, 2009; and (2) last day to meet and confer regarding
13  initial disclosures will be July 29, 2009.
14  IT IS SO STIPULATED.

16  DATED:  April 14, 2009                           SPAULDING McCULLOUGH & TANSIL LLP
                                                     Attorneys for Plaintiff
17                                                   NANCY O'TOOLE

19                                                   By:      /s/
                                                            Jan Gabrielson Tansil

21  DATED:  April 13, 2009                           MORGAN LEWIS & BOCKIUS LLP
                                                     Attorneys for Defendant
22                                                   ASTRA ZENECA

24                                                   By:      /s/
                                                            Melinda S. Riechert

1  ORDER

2  Having reviewed the Stipulation of the parties, and good cause appearing:

3  IT IS HEREBY ORDERED THAT the Case Management Conference in this action currently
4  set for May 13, 2009, be CONTINUED to September 2, 2009 at 2:30 p.m. in Courtroom 3, 3rd Floor,
5  Oakland, California.

6  The parties shall **meet and confer** prior to the conference and shall prepare a joint Case
7  Management Conference Statement which shall be filed no later than ten (10) days prior to the Case
8  Management Conference that complies with the Standing Order for all Judges of The Northern
9  District of California and the Standing Order of this Court.  Plaintiff(s) shall be responsible for filing
10  the statement as well as for arranging the conference call.  All parties shall be on the line and shall
11  call (510) 637-3559 at the above indicated date and time.

12  IT IS SO ORDERED.

13

14  DATED:  4/15/09                                   *Saundra B. Armstrong*
                                                      SAUNDRA B. ARMSRONG
15                                                    UNITED STATES DISTRICT COURT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28