```
 1  Jan Gabrielson Tansil, Esq. (SB# 123950)
    Lisa Ann Hilario, Esq. (SB# 148460)
 2  SPAULDING McCULLOUGH & TANSIL LLP
    90 South E Street, Suite 200
 3  P.O. Box 1867
    Santa Rosa, CA 95402
 4  Telephone: (707) 524-1900 / Facsimile: (707) 524-1906
    tansil@smlaw.com; hilario@smlaw.com
 5
    Attorneys for Plaintiff
 6  NANCY O'TOOLE
 7
 8              UNITED STATES DISTRICT COURT
 9              NORTHERN DISTRICT OF CALIFORNIA
10
11  NANCY O'TOOLE,                    Case No.: C 09-533 SBA
12              Plaintiff,            STIPULATION OF DISMISSAL WITH
                                      PREJUDICE AND [PROPOSED] ORDER
13        vs.
14  ASTRA ZENECA, an unknown business entity,
    KEVIN GERRITY, an individual, and DOES 1
15  through 20, inclusive,
16              Defendants.
17
18       IT IS HEREBY STIPULATED by and between the parties to this action through their
19  designated counsel that the above-captioned action be and hereby is dismissed with prejudice
20  pursuant to FRCP 41(a)(1):
21       IT IS SO STIPULATED.
22  DATED: July 6, 2009        SPAULDING McCULLOUGH & TANSIL LLP
                               Attorneys for Plaintiff
23                             NANCY O'TOOLE
24
25                             By: _____/s/ Jan Gabrielson Tansil_____
                                      Jan Gabrielson Tansil
26
27
28
                                          1
    STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER      C 09-533 SBA
```

DATED: July 9, 2009

MORGAN LEWIS & BOCKIUS LLP
Attorneys for Defendant
ASTRA ZENECA

By: /s/ Melinda Riechert
Melinda S. Riechert

## ORDER

The above-captioned action is hereby DISMISSED with prejudice pursuant to FRCP 41(a)(1).

IT IS SO ORDERED.

DATED: 7/13/09

/s/ Saundra B. Armstrong
SAUNDRA B. ARMSRONG
UNITED STATES DISTRICT COURT JUDGE

2

STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER          C 09-533 SBA